IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YURY BALAKIREV, and VIOLETTA BALAKIREVA,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>UR M. JADDOU, Director, United States Citizenship and Immigration Services;<br><br>　　　　　　　Defendant. | 4:23CV3033<br><br>**ORDER** |

　　　The above-captioned case was randomly assigned to the undersigned magistrate judge for final disposition. Unless all parties consent to final disposition by a magistrate judge, the undersigned cannot enter a ruling. If the parties do not so consent, the case will be reassigned to a district judge. Accordingly,

**IT IS ORDERED**:

1. If the parties consent to final disposition of the case by the undersigned magistrate judge, on or before November 7, 2023, they shall complete the "CONSENT TO RANDOM ASSIGNMENT TO MAGISTRATE JUDGE" located on the court's website at http://www.ned.uscourts.gov/forms/. After all parties have signed this form, e-mail it in .pdf format to clerk@ned.uscourts.gov. Do not electronically file this form or submit it to chambers.

2. In the absence of timely submitting the attached form in accordance with paragraph (1) of this order, the case will be reassigned to a district judge.

Dated this 24th day of October, 2023.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge